IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD DANDAR,
        Plaintiff,
    v.

KEN CAMERON,
        Defendant.

C.A. No. 12-141 Johnstown

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on July 18, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on January 24, 2013, recommended that the motion for *in forma pauperis* [11] be denied, and that the case should not be permitted to proceed any further until the Plaintiff pays the full filing fee of $350. Service was made on Plaintiff by mail at SCI Cresson, where he is incarcerated. Objections were filed by Plaintiff on February 22, 2013. After de novo review of the petition and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 26th Day of February, 2013;

IT IS HEREBY ORDERED that that the motion for *in forma pauperis* [11] is DENIED. The case shall not be permitted to proceed any further until the Plaintiff pays the full filing fee of $350.

The report and recommendation of Magistrate Judge Baxter, dated January 24, 2013, is adopted as the opinion of the court.

February 26, 2013

KIM R. GIBSON
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record _____